*In re* **HANDY**, Cheryl Ann (MR 19524)
Savoy, IL

Order of the Court:

The petition by respondent Cheryl Ann Handy for leave to file exceptions to the report and recommendation of the Review Board is denied. Respondent is suspended from the practice of law for one year and until further order of the Court, as recommended by the Review Board.

*In re* **HARRIS**, Jeffrey Scott (MR 19632)
Maywood, IL

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose discipline on consent pursuant to Supreme Court Rule 762(b) is allowed, and respondent Jeffrey Scott Harris is censured and required to complete the professionalism seminar offered by the Illinois Professional Responsibility Institute within one year of the entry of this order.